# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3250
_____

Michele Hunt; Edwin Hunt

*Plaintiffs - Appellants*

v.

The International Association of Lions Clubs Inc., also known as Lions Club
International, doing business as Prairie Grove Lions Club

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: March 23, 2022
Filed: March 28, 2022
[Unpublished]
_____

Before KELLY, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Michele and Edwin Hunt appeal following the district court's[1] dismissal of their premises liability diversity action. After careful review, we affirm for the reasons stated by the district court. <u>See</u> <u>Waters v. Madson</u>, 921 F.3d 725, 734 (8th Cir. 2019) (de novo review of grant of motion to dismiss for failure to state claim). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.